AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANDREW J. O'KEEFE | ) | Case No. |
| | ) | 15-MJ-1086-DLC |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 13, 2015  in the county of  Bristol  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 871(a) | defendant herein, did knowingly and willfully make a threat to take the life of or to inflict bodily harm upon the President of the United States |

This criminal complaint is based on these facts:

See affidavit of SA Fred F. Mitchell III, attached hereto

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA FRED F. MITCHELL III, USSS
*Printed name and title*

Sworn to before me and signed in my presence

_____
*Judge's signature*

Date: 06/15/2015

City and state:  Boston, MA        U.S. MAGISTRATE DONALD L. CABELL
*Printed name and title*