**AFFIDAVIT OF FRED F. MITCHELL, III
IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Fred F. Mitchell III, being first duly sworn, hereby depose and state:

1. I am a Special Agent with the United States Secret Service ("USSS"), Department of Homeland Security and currently assigned to the Providence Resident Office. I have been employed with the USSS for over 19 years. I have received extensive training in, among other things, the investigation of federal crimes which include: identity theft, access device fraud, bank fraud, and counterfeiting of U.S. currency. In addition, I have also received training in the investigation of crimes relating to threats against the President of the United States and successors of the Presidency. During the course of my career as a Special Agent with the USSS, I have investigated numerous cases relating to threats against the President of the United States. I know that Barack Obama is currently the President of the United States. Because of my training and experience, I know it is a violation of 18 U.S.C. § 871(a) to threaten to take the life of or to inflict bodily harm upon the President of the United States.

2. This affidavit is based upon my own investigation and information provided to me by other law enforcement officers. This affidavit is not intended to contain all the information I

have learned during the course of this investigation, but only that which is sufficient to support a finding of probable cause in support of an application for a criminal complaint charging Andrew J. O'Keefe ("O'Keefe"), DOB xx/xx/1987, of Mansfield, Massachusetts, with making Threats against the President of the United States, in violation of 18 U.S.C. § 871(a).

## INVESTIGATION

3.  On May 13, 2015, the USSS Protective Intelligence Operations Center, located within the USSS Headquarters in Washington, DC, received information from the Federal Bureau of Investigation ("FBI") regarding a threat against the President of the United States. The information provided by the FBI detailed an on-line threat that was electronically posted to the following FBI website: https://tips.fbi.gov. Data regarding the threatening post indicated that it was transmitted on May 13, 2015, at 6:53:55 a.m. EDT. The threat read as follows:

> "This is ▮▮▮▮▮▮1681 speaking. I'm planning to kill President Barack Obama, and I've got a really good plan. Have the Secret Service give me a visit. I could use some company."

4.  USSS determined that the series of numbers contained within the threat is a Social Security Account Number. The USSS determined that the number is assigned to O'Keefe, who currently resides at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Mansfield Massachusetts.

5.  On May 13, 2015, the USSS determined that O'Keefe had been recently arrested by the North Attleboro Police Department and charged with multiple counts of assault with a dangerous weapon and carrying a dangerous weapon.  The USSS also learned from local law enforcement that O'Keefe has some reported mental health issues.

6.  On May 15, 2015, I and other law enforcement personnel arrived at O'Keefe's Mansfield apartment for the purpose of conducting an interview.  I arrived at O'Keefe's apartment and knocked on the door.  The knock went unanswered.  I was provided O'Keefe's mobile phone number, which I called.  I could hear the phone ringing inside the residence and then heard movements within the apartment.  O'Keefe refused to answer the door or to answer his mobile phone.

7.  I repeatedly announced that I was a Secret Service agent and wished to speak with him regarding the message that was posted to the FBI website regarding President Obama. O'Keefe answered that he was not going to open the door. I then slipped a copy of the posting made to the FBI website under the door and again advised O'Keefe that the posted threat against the President was the reason for agents' presence outside his door.  O'Keefe responded shortly after that "free speech" is not a crime and words have no meaning and are only "myths."  When asked to come out of the apartment and speak with agents the

subject stated that he needed to eat before he spoke with law enforcement "to have enough energy" to survive being shot by police.

8.  Approximately 60 minutes after our initial arrival, O'Keefe voluntarily exited his apartment.  O'Keefe displayed agitated behavior throughout his encounter with law enforcement and his speech was not appropriate and menacing.  O'Keefe was detained for his and the officers' safety, and was later transferred to the Norwood Hospital Psychiatric Unit for observation.

9.  Later in the evening of May 15, 2015, law enforcement obtained a search warrant from the Attleboro District Court to search O'Keefe's residence and his automobile.  As a result of the search, law enforcement recovered over 100 weapons including swords, double edged knives, hatchets, spears and an air compressed rifle.  Additionally, law enforcement seized two laptop computers and a Garmin GPS device.

10.  On May 21, 2015, O'Keefe was charged in state court with multiple counts of possession of dangerous weapons, in violation of Massachusetts General Laws Chapter 269, Section 10.

11.  Preliminary examination of the computer, seized from O'Keefe's apartment, identified the FBI website https://tips.fbi.gov within the internet history logs.  Additionally, further examination of the computer identified

```
```
multiple instances of the Internet Protocol (IP) address 104.36.176.84. This IP address is identical to the IP address captured by the FBI regarding the threat against the President posted to the FBI website on May 13, 2015. During further examination of O'Keefe's computer it was determined that on May 13, 2015, at approximately the same time law enforcement arrived at O'Keefe's residence, O'Keefe was attempting to overwrite and reinstall the subject computer's operating system (Windows 7 OS).

## CONCLUSION

12. Based on the information set forth above, there is probable cause to believe that on or about the date of May 13, 2015, Andrew J. O'Keefe, did make a threat to take the life of, and to inflict bodily harm upon the President of the United States in violation of 18 U.S.C. § 871(a).

FRED F. MITCHELL III
Special Agent
United States Secret Service

SWORN AND SUBSCRIBED TO BEFORE ME ON JUNE ___15___, 2015

_____
DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE

