UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

15cr10200

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | VIOLATION: |
| ) | 18 U.S.C. § 871(a) |
| ) | Threats Against The President |
| ) | |
| ANDREW J. O'KEEFE, ) | |
| Defendant. ) | |

COUNT ONE: 18 U.S.C. § 871(a)-Threats Against the President

The Grand Jury charges:

On or about May 13, 2015, in the District of Massachusetts and elsewhere,

**ANDREW J. O'KEEFE,**

defendant herein, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, he posted the following message on an FBI webpage: "I'm planning to kill President Barack Obama, and I've got a really good plan. Have the Secret Service give me a visit. I could use some company," and that he did so for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat.

All in violation of Title 18, United States Code, Section 871(a).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Kenneth G. Shine
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                     July 23, 2015

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk @ 2:00pm
7/23/2015