UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 15-10200-GAO

UNITED STATES OF AMERICA,

v.

ANDREW O'KEEFE,
Defendant.

ORDER
December 23, 2016

O'TOOLE, D.J.

The defendant Andrew O'Keefe's Motion to Amend the Conditions of Release (dkt. no. 79) is GRANTED to the following extent:

1. The restriction on travel in subparagraph (f) is modified to permit travel outside this District when he is personally accompanied by his father;

2. The restrictions imposed by subparagraphs (p) and (q) are vacated; and

3. The restrictions imposed by subparagraphs (t)a and (t)b are vacated.

Otherwise the Conditions of Release are reaffirmed.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge