UNITED STATES DISTRICT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>)<br>vs. )<br>)<br>ANDREW O'KEEFE, JR. )<br>    Defendant. ) | Docket No.   15 –10200 – G AO |

The defendant, Andrew O'Keefe, Jr., respectfully requests that this Honorable Court amend the conditions of his supervised release imposed by this Court on March 16, 2017.

Defendant O'Keefe asks this Court to terminate his probation.

Defendant states that the Court ordered two years of supervised release. On March 16, 2018 Defendant completed one year of a two year term of supervised release. Defendant has been compliant with all terms of his supervised release.

Based on his unblemished record on supervised release, Mr. O'Keefe respectfully asks the Court for an entry of an order terminating the remainder of his term of supervised release.

                                          Respectfully submitted,
                                          Andrew O'Keefe, Jr.
                                          By his attorney,

                                          /s/ *William J. Cintolo*

Dated: April 5, 2018
                                          William J. Cintolo, BBO No. 084120
                                          Cosgrove Eisenberg & Kiley
                                          One International Place, Suite 1820
                                          Boston, MA 02110
                                          617.439.7775 (tel) – 617.330.8774 (fax)
                                          WCintolo@CEKLAW.net

**Certificate of Service**

I, William J. Cintolo, hereby certify that on this date, April 5, 2018, a copy of the foregoing document has been served via electronic filing upon all registered parties, including Assistant U.S. Attorney(s)                                       .

                                          /s/ *William J. Cintolo*
                                          William J. Cintolo